**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6558

RANDY MCBEE,

Plaintiff - Appellant,

versus

GEORGE TRENT; NICHOLAS J. HUN; WEXFORD HEALTH
SERVICES; ESSA ABDULLA,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CA-97-697-2)

Submitted:  December 7, 1999          Decided:  December 20, 1999

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger D. Forman, FORMAN & CRANE, L.C., Charleston, West Virginia, for Appellant.  Jeffrey K. Phillips, Jace H. Goins, STEPTOE & JOHNSON, Charleston, West Virginia; Leslie K. Tyree, WEST VIRGINIA DIVISION OF CORRECTIONS, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randy McBee appeals the district court's orders granting the Defendants' motions for summary judgment on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McBee v. Trent, No. CA-97-697-2 (S.D.W. Va. Dec. 28, 1998, & Mar. 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED